## (June 11, 1956)

■ BROOKLYN PROPERTIES, INC., Respondent, v. CARGO PACKERS, INC., Appellant.— Motion for reargument of motion for leave to appeal to the Appellate Division and for a stay denied, with $10 costs. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ LILLIAN BUTLER, Respondent, v. H. C. BOHACK Co., INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ ELEANOR CORBIN et al., Appellants-Respondents, v. JAMES MILLER et al., Respondents-Appellants.— Motion for leave to appeal to the Appellate Division from a determination of the Appellate Term discontinued, without costs, on application of the moving party. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ FANNIE ORLOW, Respondent, v. GEORGE BOCCHIERI, Appellant.— Motion for leave to appeal to the Appellate Division from a determination of the Appellate Term discontinued, without costs, on application of the moving party. Present — Wenzel, Acting, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ MAURICE ABRAHAMS, an Infant, by LEWIS ABRAHAMS, His Guardian ad Litem, Appellant, et al., Plaintiff, v. M. S. BERKOFF Co., INC., Respondent.— In an action on behalf of the appellant, an infant, to recover damages for breach of warranty (first cause of action) and for negligence (second cause of action), and by his father for medical expenses and loss of services (third cause of action), the appeal is from an order severing the first cause of action and granting respondent's motion to dismiss that cause of action and for judgment thereon (Rules Civ. Prac., rule 106, subd. 4; rule 112). The infant was injured when a porcelain shower handle, in the bathroom of his home, broke while he was using the shower. The shower handle was purchased in respondent's retail store by the infant's father. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ CAROLINA CAVA, as Administratrix of the Estate of JAMES V. CAVA, Deceased, Respondent, v. JOHN W. McGRATH CORP., Appellant.— In an action to recover damages for wrongful death and for conscious pain and suffering, order granting respondent's motion for a preference in the trial affirmed, without costs. In our opinion, the uncontroverted medical evidence establishes the improbability of survival until the time of trial in the regular order. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.